UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FERNANDO GARCIA-CORTES,

            Petitioner,

   v.

WARDEN of the Golden State Annex Detention Facility, et al.,

            Respondents.

No. 1:25-cv-1777 WBS SCR

MEMORANDUM AND ORDER

----oo0oo----

Petitioner has filed a motion for temporary restraining order. (Docket No. 14.) Respondents SHALL file any opposition to petitioner's motion on or before **February 26, 2026.**

Respondents previously acknowledged that petitioner was detained pursuant to Section 1226(c) because of past criminal convictions. (Docket No. 10 at 1.) Petitioner represents that his criminal convictions have been vacated and that he is thus no longer subject to mandatory detention under Section 1226(c). (Docket No. 14.) Accordingly, in their opposition, respondents

1

SHALL provide the reasons for petitioner's continued detention and the authority under which he is detained.

Respondents SHALL also include a summary of petitioner's interactions with immigration enforcement authorities to date, and SHALL advise whether Petitioner's detention violates his rights under the Due Process Clause pursuant to the test this court articulated in Kanatbek Almazbek Uulu, Petitioner, v. Warden, et al., Respondents., No. 1:25-cv-01812 WBS CKD, 2026 WL 412204, at *7 (E.D. Cal. Feb. 13, 2026).

The court will then take the motion under submission and inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:  February 24, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2