UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FERNANDO GARCIA CORTES,

   Petitioner,

  v.

CHRISTOPHER CHESTNUT, et al.,

   Respondents.

No. 1:25-cv-01777 WBS SCR

ORDER

----oo0oo----

After reviewing the parties' submissions regarding petitioner's motion for temporary restraining order (Docket No. 14), the court deems oral argument necessary.  Petitioner's motion for temporary restraining order is hereby set for hearing on **Tuesday, March 3, 2026,** at **10:00am** via Zoom video conference.

The court observes that although petitioner was not represented by counsel when he filed the instant motion, attorney Mai Shawwa has since been appointed to represent him.  (See Docket No. 17.)  Accordingly, Ms. Shawwa and the United States

1

Attorney shall appear virtually for the above-described hearing. The courtroom deputy shall email counsel with instructions on how to participate in the Zoom video conference.

IT IS SO ORDERED.

Dated:   February 27, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE