ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GARCIA CORTES,<br><br>Petitioner,<br><br>v.<br><br>ANDREWS, ET AL.,<br><br>Respondents. | CASE NO.  1:25-CV-01777-WBS-SCR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR BRIEFING SCHEDULE<br><br>COURT: Hon. SEAN C. RIORDAN |

Petitioner Fernando Garcia Cortes, by and through his counsel of record, Mai Shawwa, and

Respondents, by and through their counsel Eric Grant, United States Attorney, and Charles Campbell,

Assistant United States Attorney, stipulate as follows:

1. On February 20, 2026, Petitioner filed a First Amended Petition for a Writ of Habeas Corpus and a Motion for a Temporary Restraining Order.  Dkt. Nos. 11, 14.

2. On February 26, 2026, Respondents filed an Opposition to the Temporary Restraining Order. Dkt. No. 16.

3. This Court held oral argument on the motion on March 3, 2026, and a subsequent status conference on March 9, 2026.  Dkt. Nos. 20, 21.  This Court then issued an Order denying Petitioner's Motion for a Temporary Restraining Order, and referring this case to the assigned Magistrate Judge for further proceedings.

//

STIPULATION AND [PROPOSED] ORDER                    1

4. The parties propose the following briefing schedule for the resolution of the habeas petition:

    a. Respondents will file their opposition to the Petition by March 20, 2026.

    b. Petitioner will file their reply, if any, by March 27, 2026.

IT IS SO STIPULATED.

Dated:  March 12, 2026

                                   ERIC GRANT
                                   United States Attorney

                                   /s/ CHARLES CAMPBELL
                                   CHARLES CAMPBELL
                                   Assistant United States Attorney
                                   Counsel for Respondents

Dated:  March 12, 2026

                                   /s/ MAI SHAWWA
                                   MAI SHAWWA
                                   Counsel for Petitioner
                                   FERNANDO GARCIA
                                   CORTES

**[~~PROPOSED~~] ORDER**

IT IS SO FOUND AND ORDERED this 16th day of March 2026.

                                   SEAN C. RIORDAN
                                   UNITED STATES MAGISTRATE JUDGE