UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO GARCIA-CORTES,

Petitioner,

v.

GOLDEN STATE ANNEX DETENTION
FACILITY, et al.,

Respondents.

No.  1:25-cv-01777-WBS-SCR

ORDER

Petitioner is a federal immigration detainee proceeding through appointed counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2241.  This action was referred to the undersigned by operation of Local Rule 302 and 28 U.S.C. § 636(b)(1).

The court has reviewed the pending amended § 2241 petition along with the procedural history of this case.  On the same day that the TRO was denied, petitioner had a § 1226(a) bond hearing before an immigration judge.  See ECF No. 25 at 2.  According to respondents, "the IJ determined that [p]etitioner was not eligible for bond."  ECF No. 25 at 2.  Neither party has explained the basis for the IJ's ruling, provided this court with a copy of the IJ order, or lodged a transcript of the bond hearing itself.  In light of the silent record on this point, the court sua sponte grants petitioner leave to amend the § 2241 petition to include any claim(s) related to the March 2026 bond hearing.  If petitioner files an amended petition including claim(s) related to the bond hearing, shall supplement the record with any documents related to the immigration bond hearing

1

in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. On the basis of changed circumstances, the court sua sponte grants petitioner leave to file a second amended § 2241 petition within 14 days from the date of this order. At the time of filing any amended petition including claim(s) related to the bond hearing, petitioner shall supplement the record with the IJ's bond denial order as well as a complete transcript of the March 2026 immigration bond hearing.

2. Respondents may file an amended answer within 7 days from the date of filing of a second amended § 2241 petition.

3. Petitioner may file a reply within 3 days from being served with respondents' amended answer.

4. Following the expiration of the deadlines set herein, this matter will be deemed submitted.

DATED: May 1, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2