UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO GARCIA-CORTES
(A235-258-742),

        Petitioner,

    v.

GOLDEN STATE ANNEX DETENTION
FACILITY, et al.,

        Respondents.

No.  1:25-cv-01777-WBS-SCR

ORDER

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  The court has

reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 31) are adopted in full.

2. Petitioner's second amended application for a writ of habeas corpus (ECF No. 29) be denied.

3. The Clerk of Court is directed to enter judgment in favor of Respondents and to close this case.

Dated:  June 22, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

garc1777.jo.DENY

2