UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FERNANDO GARCIA-CORTES,<br>Petitioner,<br>v.<br>GOLDEN STATE ANNEX DETENTION FACILITY, ET AL.,<br>Respondents. | No. 1:25-cv-1777 WBS SCR<br><br>ORDER NOT RELATING CASES |
| FERNANDO GARCIA-CORTES,<br>Petitioner,<br>v.<br>WARDEN, ET AL.,<br>Respondents. | No. 1:26-cv-5265 EJD |

----oo0oo----

Examination of the above-entitled actions reveals that the assignment of the matters to the same judge is not likely to

effect a saving of judicial effort nor would it likely be convenient for the parties. Therefore, the Court declines to relate these cases.

IT IS SO ORDERED.

Dated: August 19, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE